

# Thomas D. Shanahan, P.C.

551 Fifth Avenue, Thirty-First Floor
New York, New York 10176
(212) 867-1100, x11

tom@shanahanlaw.com
www.shanahanlaw.com

September 14, 2019

Eric Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Clifford v. City of New York
          <u>Index</u>:  1:19-cv-04102

Honorable Judge Vitaliano:

     My firm is counsel to Plaintiff in the above captioned action.  On August 9, 2019, my adversary filed for an enlargement of defendants' time to answer or otherwise move.  <u>See</u> ECF Doc. 10.  I consented to the request for an enlargement of time, until September 27, 2019.  An order was not formally issued by the Court.  I am writing to confirm that the Court is amenable to this enlargement and no conferences or other court proceedings have been scheduled to date.

          Respectfully,

          T/D/S

          Thomas D. Shanahan

Cc:    Counsel for Defendants